No. 85–783. MARTIN-TRIGONA v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. ██

No. 85–790. CUDDY v. CARMEN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 85–830. ELLINGTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–845. DEMJANJUK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–846. DEMJANJUK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–848. DRAGATSIS ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 85–865. LAMBERT v. UNITED STATES; and
No. 85–5900. BLOCK v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 771 F. 2d 83.

No. 85–869. LIGHT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–5278. BROWN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 85–5322. VAN HOFF v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 85–5347. NICHOLS v. TEXAS. Ct. App. Tex., 3d Sup. Jud. Dist. Certiorari denied.

No. 85–5356. HERNANDEZ v. UNITED STATES BUREAU OF PRISONS. C. A. 10th Cir. Certiorari denied.

No. 85–5370. HARRELSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5372. LEVITT v. MONROE ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–5445. IN RE MARTIN-TRIGONA. C. A. 1st Cir. Certiorari denied.